IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| TANGEE RENEE LAZARUS, | ) | CIVIL NO. 11-00567 SOM/KSC |
|---|---|---|
| Plaintiff, | ) | ORDER DENYING *IN FORMA* |
| | ) | *PAUPERIS* APPLICATION |
| vs. | ) | |
| MARK PATTERSON, | ) | |
| Defendant. | ) | |

## **ORDER DENYING *IN FORMA PAUPERIS* APPLICATION**

Before the court is Tangee Renee Lazarus's declaration and request to proceed *in forma pauperis* in this prisoner civil rights action. Lazarus's *in forma pauperis* application is DENIED without prejudice because it is not on this court's approved application form and does not contain her prison trust account statement showing the previous six-month withdrawals and deposits to her account. *See* 28 U.S.C. § 1915(a)(2).

Parties filing actions in the United States District Court are required to pay filing fees. 28 U.S.C. § 1914(a). An action may proceed without the immediate payment of a filing fee only upon granting of *in forma pauperis* status. *See* 28 U.S.C. § 1915. On or before**, October 20, 2011**, Lazarus must either pay the $350.00 filing fee or submit a fully completed *in forma pauperis* application showing that she is a pauper within the meaning of the statute. Failure to do so will result in AUTOMATIC DISMISSAL of the Complaint and action without prejudice

for failure to prosecute this action or to follow a court order. *See* Fed. R. Civ. P. 41(b); *see also Olivares v. Marshall*, 59 F.3d 109, 112 (9th Cir. 1995); *In re Perroton*, 958 F.2d 889, 890 (9th Cir. 1992). The Clerk is DIRECTED to send Lazarus a copy of the court's *in forma pauperis* application and instructions so that she may comply with this Order.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 23, 2011.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

*Lazarus v. Patterson*, Civ. No. 11-00567 SOM/KSC; Order Denying *In Forma Pauperis* Application; psas\IFP\DMP\2011\Lazarus 11-567 SOM (dny 1983 incomp)